# CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

PER CURIAM orders in the following cases:

CUTLER v. CUTLER, from Beaufort. Warren for plaintiff; Small and Nicholson for defendant. Motion for new trial for newly discovered evidence allowed.

COLLINS v. PETTITT, from Halifax. Travis for plaintiff; Hill and Dunn for defendant. Petition to rehear dismissed.

BARBER v. BUFFALOE, from Northampton. Dunn for plaintiff; Peebles for defendant. Judgment below affirmed, by consent.

WILLIAMS v. SCOTT, from Warren. Pittman & Kerr for plaintiff; Cook & Green for defendant. Affirmed.

BUFFALOE v. BURGWYN, from Northampton. MacRae & Day for plaintiff; Peebles for defendant. Appeal dismissed.

WHITFORD v. RAILROAD, from Craven. Simmons, Pou & Ward for plaintiff; Clarke for defendant. Affirmed.

JONES v. DIXON, from Craven. A. D. Ward for plaintiff. Dismissed for failure to print record.

SHELBURN v. JOYNER, from Pitt. Jarvis for plaintiff; Moore for defendant. Affirmed.

STATE v. ORRELL, from Guliford. Attorney General for State; Staples for defendant. Dismissed for failure to print record.

BANKING Co. v. CITY OF BURLINGTON. Winston & Fuller for plaintiff; Bynum and McLean for defendant. Affirmed.

TAYLOR v. ROGERS, from Granville. Graham for plaintiff; Edwards & Royster for defendant. Affirmed.